# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Plaintiffs, HA RIM, CORPORATION, INC., JONG GYU OH, JUNG GI LEE, Individually and as the Mother Of SEONG JUN OH and HALIM OH. | )<br>)<br>)<br>) |
| v. | ) Civil Action No.<br>) <u>13-cv-00177 RBJ</u> |
| Defendants, UNITED STATES OF AMERICA, JANET NAPOLITANO, Secretary of Homeland Security ALEJANDRO MAYORKAS, Director of U.S. Citizenship And Immigration Services, and ROSEMARY LANGLEY Director, California Service Center. | )<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Plaintiffs, HA RIM CORPORATION et. al., by and through its counsel, Pitler and Associates, P.C., submit the following Notice of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i):

Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) are giving their Notice of Dismissal of the above entitled matter.

Respectfully Submitted this 24th day of April, 2013.

*s/ Robert L. Pitler*
Robert L. Pitler, Esq.
PITLER AND ASSOCIATES, P.C.
10800 E. Bethany Dr., Suite 250
Aurora, CO  80014

(303) 758-2221
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 24th, 2013, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was served upon the following via the CM/ECF filing system:

Timothy B. Jafek
Assistant United States Attorney
United States Attorney's Office for the District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

*s/ Kate Boltenkov*
Kate Boltenkov, *Paralegal*